184TH
IN AND FOR THE 1ST APPEAL
JUDICIAL DISTRICT COURT
HARRIS COUNTY, TEXAS

CASE #: 1428697

THE STATE OF TEXAS

VS.

ERIC S. TUCKER
DEFENDANT

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

AUG 25 2015

CHRISTOPHER A. PRINE

CLERK

## MOTION FOR NEW TRIAL   CASE # 1428697

TO THE HONORABLE JUDGE OF THE COURT:

NOW COMES, I THE DEFENDANT, ERIC S. TUCKER IN A PRO SE MANNER IN THE ABOVE STYLED CAPACITY, MOTION FOR NEW TRIAL CASE # 1428697 AND ADDRESSES THE COURT AS FOLLOWS:

### I

HAD THE RESULTS OF DNA TESTING OR FINGER PRINT EXAMINER & ETC. BEEN AVAILIBLE DURING TRIAL OF THE OFFENSE IT IS REASONABLY PROBABLE THAT PERSON (I) WOULD NOT HAVE BEEN CONVICTED

### II

WITH CONSTITUTIONAL PREJUDICE AS INTERFERENCE

RESPECTFULLY SUBMITTED
ERIC S. TUCKER #1983465
STILES 3060 FM 3514
BEAUMONT, TX 77305
8-19-2015

TUCKER, ERIC #1983465
STILES 3060 FM 3514
BEAUMONT, TX 77705
4F31-49T

FIRST APPEALS COURT
CHRISTOPHER A PRINE
301 FANNIN ST
HOUSTON, TX 77002-2066

FIRST COURT
REC
HOUSTON

AUG 25 2

CHRISTOPHER A.
CLERK